# United States District Court Violation Notice

Case 3:22-po-00166-BLM   Document 1   Filed 02/08/22   PageID.1   Page 1 of 1

CVB Location Code: **CS81**

Violation Number: **7820042**
Officer Name (Print): **BOLOF**
Officer No.: **624**

7820042

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): **11/12/21   13:33**
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code: **41 CFR 102-74.385**
Place of Offense: **367 VIA VERA CRUZ SAN MARCOS CA 92078**

Offense Description: Factual Basis for Charge  HAZMAT ☐
**SUBJECT FAILED TO COMPLY WITH LAWFUL DIRECTIONS**

## DEFENDANT INFORMATION

Last Name: **PAS JR.**   First Name: **ALEXANDER**   M.I.: **J**
Street Address: [redacted]

Tag No. / State / Year / Make/Model / PASS ☐ / Color

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
Court Address: **221 WEST BROADWAY SAN DIEGO CA 92101**
Date (mm/dd/yyyy): **TBD**
Time (hh:mm): **TBD**

X Defendant Signature: [signed]

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN 12/22/2021 12:9

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **NOVEMBER 12, 2021** while exercising my duties as a law enforcement officer in the **9TH** District of **SAN DIEGO**

**SEE ATTACHED STATEMENT**

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **11/12/2021**   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident